UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MATTHEW BLACKERBY,<br><br>    Plaintiff,<br><br>    v.<br><br>GLENDA VERGARA GUMOBAO,<br><br>    Defendant. | Case No.  16-cv-05051-BLF<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE; AND REMANDING ACTION**<br><br>[Re:  ECF 5] |

Defendant Glenda Vergara Gumobao, proceeding pro se, removed this unlawful detainer action from the Santa Clara County Superior Court to federal district court on the basis of federal question jurisdiction.  *See* Notice of Removal, ECF 1.  The case initially was assigned to Magistrate Judge Howard R. Lloyd, who granted Defendant leave to proceed in forma pauperis and issued a Report and Recommendation ("R&R") recommending that the action be remanded to the superior court for lack of federal subject matter jurisdiction.  *See* R&R, ECF 5.  The docket reflects that Defendant was served with the R&R by mail at her address of record.  *See* Dkt. Entry dated 9/7/2016.  The case thereafter was reassigned to the undersigned judge.  *See* Order Reassigning Case, ECF 6.

Federal Rule of Civil Procedure 72(b)(2) provides that a party may file specific written objections to a magistrate judge's recommended disposition of a case within fourteen days after being served with a copy of the recommended disposition.  Fed. R. Civ. P. 72(b)(2).  No objections to the R&R have been filed and the deadline to object has elapsed.

This Court, having concluded that it lacks federal subject matter jurisdiction over the action, ADOPTS the R&R and REMANDS the action to the Santa Clara County Superior Court.

**IT IS SO ORDERED.**

Dated:  November 3, 2016

_____
BETH LABSON FREEMAN
United States District Judge